UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

...................................................................................x
Norberto Vega, on behalf of himself and all others
similarly situated,

Civil Action No:
2:24-cv-8884

Plaintiff,

-v.-

Be Vitamins Health Food Store Incorporated

Defendant,

...................................................................................x

### **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an

infant, incompetent person for whom a committee has been appointed or conservatee, and no

person not a party has an interest in the subject matter of the action, that this action is dismissed

with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure.

**Dated:** August 29, 2025

| For Plaintiff  Norberto Vega | For Defendant Be Vitamins Health Food Store Incorporated |
|---|---|
| *s/Rami Salim* | *s/David Stein* |
| Rami Salim | David Stein |
| Stein Saks, PLLC | Stein & Nieporent LLP |
| One University Plaza | 1441 Broadway Suite 6090 |
| Hackensack, NJ 07601 | New York, NY 10018 |
| Ph:  (201) 282-6500 | Ph:  (212) 308-3444 |
| rsalim@steinsakslegal.com | dstein@steinllp.com |

1

|  |  |
|---|---|
|  |  |

## CERTIFICATE OF SERVICE

I certify that on August 29, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Rami Salim*
Rami Salim
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*

SO ORDERED.

Hon. Susan D. Wigenton
United States District Judge
Dated:   September 2, 2025